Submitted on petition for review filed April 27, 1994, petition for review allowed; decision of the Court of Appeals vacated and case remanded to the Court of Appeals for reconsideration January 27, 1995

In the Matter of the Compensation of
Warren N. Bowen, Claimant.

SAIF CORPORATION
and University of Oregon,
*Petitioners on Review,*

*v.*

Warren N. BOWEN,
*Respondent on Review.*

(WCB 91-15616; CA A77263; SC S41270)

887 P2d 787

David L. Runner, Assistant Attorney General, Salem, filed the petition for petitioners on review. With him on the petition were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated, and the case is remanded to the Court of Appeals for reconsideration in the light of *Martin v. City of Albany*, 320 Or 175, 880 P2d 926 (1994), and *Niccum v. South Coast Lumber Co.*, 320 Or 189, 880 P2d 923 (1994).